**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | | |
|---|---|---|
| **SVERRE ERIKSEN and JARROD MIRABEL, individually and on behalf of all others similarly situated** | ) ) ) | **Case No. 3:24-cv-00197** |
| | ) | **Judge Richardson** |
| | ) | **Magistrate Judge Holmes** |
| **v.** | ) | |
| | ) | |
| **CORECIVIC OF TENNESSEE, LLC** | ) | |

**O R D E R**

Pending before the Court is Defendant CoreCivic of Tennessee, LLC's ("CoreCivic") motion for extension of time respond to Plaintiffs' complaint (Docket No. 24), which is represented to be unopposed and is therefore **GRANTED**. The deadline for CoreCivic to answer or otherwise respond to the compliant is extended to **May 31, 2024**.

Because this date is after the currently scheduled initial case management conference on May 7, 2024, the initial case management conference is **RESCHEDULED** for **June 18, 2024, at 2:00 p.m. (CDT)** using the Court's conference line at 1-877-402-9753, access code 3808663#.[1] The parties are reminded of their obligation to jointly prepare a proposed initial case management order, which must be filed by no later than **three (3) business days** before the initial case

---

[1] If this date and time present an unresolvable conflict for counsel, they must promptly contact Courtroom Deputy Megan Cobos, at Megan_Cobos@tnmd.uscourts.gov, to obtain another mutually agreeable date and time available on the Court's calendar and then file a motion reschedule.

management conference and a Word formatted version separately emailed to Courtroom Megan

Cobos at the email address in n.1.[2]

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

_____

[2] Counsel should utilize the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes with designated provisions for Chief Judge Campbell's cases.

2