**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | | |
|---|---|---|
| **SVERRE ERIKSEN and JARROD MIRABEL, individually and on behalf of all others similarly situated** | ) ) ) ) | **Case No. 3:24-cv-00197** **Chief Judge Campbell** **Magistrate Judge Holmes** |
| **v.** | ) ) | |
| **CORECIVIC OF TENNESSEE, LLC** | ) ) | |

**O R D E R**

Pending before the Court is the parties' joint motion to stay pending litigation deadlines (Docket No. 30), which is **GRANTED IN PART on the conditions provided for below**. The parties request the stay and additional time to engage in early resolution discussions, including with facilitation of a mediator.[1] While the Court certainly encourages resolution of cases by agreement of the parties, the Court also expects the parties in this case to use this additional time as productively as possible. Accordingly, unless ordered otherwise by Chief Judge Campbell, the following is **ORDERED**:

1.      The May 31, 2024 deadline for Defendant CoreCivic of Tennessee, LLC to answer or otherwise respond to the complaint is **STAYED**. Notwithstanding this stay, the parties must promptly exchange enough information to substantively evaluate and discuss settlement as directed herein. This may include the kinds of initial disclosures otherwise required by Fed. R. Civ. P. 26(a)(1), including copies (not descriptions) of responsive documents, or as otherwise agreed to by the parties.

---

[1] It is not entirely clear whether the parties definitely plan to participate in mediation or simply reference that as a possible option.

2. If the parties intend to participate in mediation, they must do so by no later than **August 16, 2024**. As directed above, the parties must, prior to any scheduled mediation, exchange enough information to substantively evaluate and discuss settlement. Further, once the parties have selected a mediator and agreed on a mediation date, they must promptly, and by no later than **seven (7) days** prior to mediation, file a joint notice of mediation details, which confirms who the mediator will be and when mediation will take place.

3. To ensure that the parties proceed promptly with their efforts at settlement, the Court will reschedule, rather than simply cancel, the initial case management conference. The initial case management conference, presently set for June 18, 2024, is therefore **RESCHEDULED** for **September 9, 2024, at 2:00 p.m. (CDT)**, using the Court's conference line at 1-877-402-9753, access code 3808663#. The parties are reminded of the requirement to jointly prepare a proposed initial case management order, which must be filed by no later than **three (3) business days** before the initial case management conference.[2] A Word formatted copy of the proposed initial case management order must also be separately emailed to Courtroom Deputy Megan Cobos at Megan_Cobos@tnmd.uscourts.gov.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[2] Counsel should utilize the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes with designated provisions for Chief Judge Campbell's cases.

2