**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | | |
|---|---|---|
| **SVERRE ERIKSEN and JARROD MIRABEL, individually and on behalf of all others similarly situated** | ) ) ) | **Case No. 3:24-cv-00197** |
| | ) | **Chief Judge Campbell** |
| | ) | **Magistrate Judge Holmes** |
| **v.** | ) | |
| | ) | |
| **CORECIVIC OF TENNESSEE, LLC** | ) | |

**O R D E R**

Pending before the Court is the parties' joint motion to extend stay (Docket No. 39), which, for the reasons requested, is **GRANTED**. Accordingly, unless ordered otherwise by Chief Judge Campbell, the following is **ORDERED**:

1.      The May 31, 2024 deadline for Defendant CoreCivic of Tennessee, LLC to answer or otherwise respond to the complaint remains **STAYED**. Notwithstanding this stay, the parties must continue to promptly exchange enough information to substantively evaluate and discuss settlement as directed herein. This may include the kinds of initial disclosures otherwise required by Fed. R. Civ. P. 26(a)(1), including copies (not descriptions) of responsive documents, or as otherwise agreed to by the parties.

2.      The parties state that they have "agreed in principle to utilize an experienced wage and hour mediator, Dennis Clifford, and are working to schedule a mutually agreeable mediation date." (Docket No. 39 at 2.) The deadline for the parties to participate in mediation is extended from August 16, 2024 to **November 14, 2024**. The parties must, by no later than **seven (7) days** prior to mediation, file a joint notice of mediation details, which confirms who the mediator will be and when mediation will take place.

3.      The initial case management conference, presently set for September 9, 2024, is **RESCHEDULED** for **December 2, 2024, at 2:00 p.m. (CDT)**, using the Court's conference line at 1-877-402-9753, access code 3808663#. The parties are reminded of the requirement to jointly prepare a proposed initial case management order, which must be filed by no later than **three (3) business days** before the initial case management conference.[1] A Word formatted copy of the proposed initial case management order must also be separately emailed to Courtroom Deputy Megan Cobos at Megan_Cobos@tnmd.uscourts.gov.

Additionally, the Court reiterates its earlier statement that while resolution of cases by agreement of the parties is certainly encouraged, the Court also expects the parties in this case to use what will now be a very lengthy stay as productively as possible. Further, the parties are put on notice of the Court's preference for a first trial setting within two years of the filing of the case, which means that the time for preparation of this case – that is, written discovery, fact witnesses and any expert depositions, dispositive motions, etc. – if not settled, must accommodate a target trial date within the first quarter of 2026. The parties should proceed accordingly.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Counsel should utilize the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes with designated provisions for Chief Judge Campbell's cases.

2