# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SVERRE ERIKSEN and JARRED MIRABAL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CORECIVIC OF TENNESSEE, LLC, <br><br> Defendant. | Case No.: 3:24-cv-000197 <br><br> Judge William L. Campbell, Jr. <br><br> Magistrate Judge Barbara D. Holmes <br><br> JURY DEMAND |

## NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION

Plaintiffs Sverre Eriksen and Jarred Mirabal, individually and on behalf of all persons similarly situated, hereby file the Opt-In Consent Forms, submitted as Exhibit A, pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, for the following individuals:

148. Annette M. McMillian

149. Kameron Ralston

Dated: October 4, 2024

Respectfully submitted,

*/s/ Mariyam Hussain*
Mariyam Hussain*
**BERGER MONTAGUE PC**
1720 W. Division
Chicago, IL 606226
Telephone: (773) 666-4316
mhussain@bm.net

Camille Fundora Rodriguez*
Michael J. Anderson*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4635
Facsimile: (215) 875-4604
crodriguez@bm.net
manderson@bm.net

Alexandra K. Piazza*
**BERGER MONTAGUE PC**
1001 G Street, NW
Fourth Floor Suite 400 East
Washington, DC 20001
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
apiazza@bm.net

Micah S. Adkins
TN BAR NO. 036451
**THE ADKINS FIRM, P.C.**
Mailing Address:
8150 N. Central Expressway. Suite 1000
Dallas, Texas 75206
(214) 974-4030 Main Telephone

Physical Address:
315 Deaderick St., Suite 1550
Nashville, TN 37238
(615) 370-4099 Direct Telephone
MicahAdkins@ItsYourCreditReport.com

* *Admitted pro hac vice*

*COUNSEL FOR PLAINTIFFS AND THE PROPOSED CLASS AND COLLECTIVE MEMBERS*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was caused to be served upon counsel for Defendant via the Court's ECF system on October 4, 2024.

*/s/ Mariyam Hussain*
Mariyam Hussain