IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SVERRE ERIKSEN and JARED MIRABAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>Defendant. | Case No. 3:24-cv-00197 |

**JOINT MOTION TO EXTEND STAY**

Defendant CoreCivic of Tennessee, LLC ("Defendant") and Plaintiffs Sverre Eriksen and Jared Mirabal ("Plaintiffs"), by undersigned counsel, hereby jointly move the Court for an Order extending the stay of this matter and rescheduling the initial case management conference currently set for December 2, 2024.

1. On May 21, 2024, the Court granted in part the Parties' Joint Motion to Stay Pending Litigation Deadlines. In that Order, the Court: (1) stayed Defendant's deadline to answer or otherwise respond to Plaintiffs' Complaint; (2) directed the Parties to participate in mediation on or before August 16, 2024; and (3) rescheduled the initial case management conference (initially set for June 18, 2024) to September 9, 2024. (ECF No. 32).

2. Since then, the Parties worked diligently to prepare for a productive mediation, including engaging in multiple substantive conversations about the case, its scope, and what documents and information the Parties need to facilitate meaningful resolution discussions.

3. Because of the scope of documents and information relevant to the Parties' resolution discussions, the Parties needed additional time for the production and analysis of the same.

4. On July 24, 2024, the Parties moved the Court to extend their stay and deadline to mediate, which was granted on July 25, 2024. (ECF Nos. 39-40).

5. Defendant has been diligently working to gather and produce the voluminous time, pay, and security records corresponding to over one thousand individuals across multiple facilities.

6. Technical difficulties arose in gathering the necessary data in a format convenient for Plaintiffs and usable for purposes of mediation. Defendant worked diligently to resolve such issues, including exporting daily time punch data for its Arizona facilities in an electronic format. Defendant has only recently resolved this issue and was able to export this data to counsel for Plaintiffs.

7. In addition, Defendant is still diligently working to finalize security swipe data for one of its Arizona facilities for export to the undersigned.

8. Moreover, and critically, Plaintiffs' counsel recently raised the prospect of additional litigation involving a wage and hour claim arising in one of Defendant's Florida facilities ("Florida claim").

9. To best conserve the Parties' resources and time, the Parties agreed to mediate the Florida claim while mediating the instant matter with experienced mediator Dennis Clifford.

10. However, to appropriately evaluate the Florida claim, Plaintiffs' counsel requested that Defendant produce additional data.

11. As a result of, (1) Defendant still diligently working to gather and produce necessary data related to the instant action; and (2) the Parties' agreement to mediate the Florida

claim (in an attempt to resolve the case before requiring judicial intervention and resources) and time needed to gather and produce relevant data, and in an effort to best serve judicial economy, the Parties request an additional extension to their stay and mediation deadline of 90 days.

12. If granted, the Parties will reschedule their mediation with Dennis Clifford to a date on or before February 12, 2025. The Parties also request that the Court reschedule the initial case management conference currently set for December 2, 2024 to a later date convenient for the Court.

13. The Parties acknowledge the Court's prior reiteration that the Court expects the Parties in this case to use this stay as productively as possible. (*See* ECF No. 40). The Parties and undersigned confirm that they have been using this time productively and with a joint intention that the informal discovery that is being conducted will facilitate a meaningful discussion about a potential early resolution of this case – as well as the Florida claim – and that even if mediation is not successful that the production of information will promote the just, speedy, and inexpensive determination of this action.

Respectfully submitted,

*/s/ Camille Fundora Rodriguez (with permission)*
Micah S. Adkins (TN Bar No. 036451)
THE ADKINS LAW FIRM, P.C.
8150 N. Central Expressway, Suite 1000
Dallas, TX 75206
Tel: 214.974.4030
MicahAdkins@ItsYourCreditReport.com

Camille Fundora Rodriguez*
Michael J. Anderson*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215.875.4635
crodriguez@bm.net
manderson@bm.net

*/s/ Kaitlyn A. Hansen*
Kaitlyn A. Hansen (TN Bar No. 37021)
LITTLER MENDELSON, P.C.
One Commerce Square
40 S. Main Street, Suite 2500
Memphis, TN 38103
Tel: 901.322.1204
khansen@littler.com

*Counsel for CoreCivic of Tennessee, LLC*

Alexandra K. Piazza*
BERGER MONTAGUE PC
1001 G Street NW
Fourth Floor, Suite 400 East
Washington, DC 20001
Tel: 215.875.3000
apiazza@bm.net

Mariyam Hussain*
BERGER MONTAGUE PC
1720 W. Division
Chicago, IL 60622
Tel: 773.666.4316
mhussain@bm.net

*Pro hac vice*

*Counsel for Plaintiffs and the
Proposed Class and Collective Members*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and exact copy of the foregoing document has been filed via the Court's electronic filing system, and thereby served, this 21st day of October, 2024, upon the following:

Micah S. Adkins
The Adkins Firm, P.C.
8150 N. Central Expressway, Suite 1000
Dallas, TX 75206
Email: MicahAdkins@ItsYourCreditReport.com

Camille Fundora Rodriguez*
Michael J. Anderson*
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Email: crodriguez@bm.net
manderson@bm.net

Alexandra K. Piazza*
Berger Montague PC
1001 G Street NW
Fourth Floor Suite 400 East
Washington, DC 20001
Email: apiazza@bm.net

Mariyam Hussain*
Berger Montague PC
1720 W. Division
Chicago, IL 60622
Email: mhussain@bm.net

*Pro hac vice*

*Counsel for Plaintiffs and
the Proposed Class and Collective Members*

                                                          */s/Kaitlyn A. Hansen*