**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| SVERRE ERIKSEN and JARED MIRABAL, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:24-cv-00197 |
| CORECIVIC OF TENNESSEE, LLC, | ) ) | |
| Defendant. | ) ) | |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND STAY

Plaintiffs Sverre Eriksen and Jared Mirabal ("Plaintiffs") and Defendant CoreCivic of Tennessee, LLC ("Defendant") (collectively, the "Parties") move the Court for an extension of the stay of this matter. For good cause shown, the Court **GRANTS** the Motion and extends the stay of this matter as follows:

1. The Parties will attend mediation by no later than February 12, 2025. The Parties must, prior to any scheduled mediation, exchange enough information to substantively evaluate and discuss settlement. Further, once the Parties have selected a mediation date, they must promptly, and by no later than seven (7) days prior to mediation, file a joint notice of mediation details, which confirms who the mediator will be and when mediation will take place.

2. The initial case management conference, presently set for December 2, 2024, is therefore RESCHEDULED for _____, using the Court's conference line at 1-877-402-9753, access code 3808663#. The parties are reminded of the requirement

to jointly prepare a proposed initial case management order, which must be filed by no later than **three**

**(3) business days** before the initial case management conference. A Word formatted copy of the

proposed initial case management order must also be separately emailed to Courtroom Deputy Megan

Cobos at Megan_Cobos@tnmd.uscourts.gov.

It is SO ORDERED.

_____
BARBARA D. HOLMES
UNITED STATES MAGISTRATE JUDGE

2