| | | |
|---|---|---|
| SVERRE ERIKSEN and JARROD MIRABEL, *individually and on behalf of all others similarly situated* | ) ) ) ) | Case No. 3:24-cv-00197 Chief Judge Campbell Magistrate Judge Holmes |
| v. | ) ) | |
| CORECIVIC OF TENNESSEE, LLC | ) | |

## O R D E R

Pending before the Court is the parties' joint motion to extend stay. (Docket No. 44). For the reasons requested, the Court finds relief with the same effect as a stay is appropriate and the motion (Docket No. 44) is therefore **GRANTED** to the extent that the parties request suspension of further proceedings in this case with the direction that, after consultation with Chief Judge Campbell, this case shall be **ADMINISTRATIVELY CLOSED** on the following conditions and without prejudice for any party to move to reopen:

1. The May 31, 2024 deadline for Defendant CoreCivic of Tennessee, LLC to answer or otherwise respond to the complaint remains suspended. Notwithstanding this suspension and administrative closing, the parties must continue to promptly exchange enough information to substantively evaluate and discuss settlement as directed herein. This may include the kinds of initial disclosures otherwise required by Fed. R. Civ. P. 26(a)(1), including copies (not descriptions) of responsive documents, or as otherwise agreed to by the parties.

2. The deadline for the parties to participate in mediation is extended from November 14, 2024 to **February 12, 2025**. Notwithstanding the administrative closure: (i) the parties must file a joint notice of mediation details, by no later than **seven (7) days** prior to mediation, which confirms when the mediation with mediator Dennis Clifford will take place and (ii) either the

parties or the mediator must file a report of mediation in accordance with Local Rule 16.05(b) or **within two (2) business days** following mediation.

3.   The initial case management conference, presently set for December 2, 2024, is **CANCELLED.**

4.   Upon settlement or on other grounds, any party may move to reopen this case. If the parties move to reopen the case to proceed based on an unsuccessful mediation, they must also move to reset the initial case management conference.[1]

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] The Court reiterates once again the expectation that the parties will use this period of administrative closure as productively as possible. *See* Orders, Docket No. 40 at 2 and Docket No. 32 at 1.

2