# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SVERRE ERIKSEN and JARED MIRABAL individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>Defendant. | Case No. 3:24-cv-00197 |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND STAY

Plaintiffs Sverre Eriksen and Jared Mirabal ("Plaintiffs") and Defendant CoreCivic of Tennessee, LLC ("Defendant") (collectively, the "Parties") move the Court for an extension of the stay of this matter. For good cause shown, the Court **GRANTS** the Motion and extends the stay of this matter as follows:

The Parties will attend mediation by no later than April 14, 2025. The Parties must, prior to any scheduled mediation, exchange enough information to substantively evaluate and discuss settlement. Further, once the Parties have selected a mediation date, they must promptly, and by no later than seven (7) days prior to mediation, file a joint notice of mediation details, which confirms when mediation with mediator Dennis Clifford will take place. Within two (2) business days following mediation, either the parties or the mediator must file a report of mediation in accordance with Local Rule 16.05(b).

It is SO ORDERED.

_____
BARBARA D. HOLMES
UNITED STATES MAGISTRATE JUDGE