IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **SVERRE ERIKSEN and JARROD MIRABEL,** *individually and on behalf of all others similarly situated* ) ) ) ) | Case No. 3:24-cv-00197<br>Chief Judge Campbell<br>Magistrate Judge Holmes |
| **v.** ) ) | |
| **CORECIVIC OF TENNESSEE, LLC** ) | |

**O R D E R**

Pending before the Court is the parties' joint motion to extend stay (Docket No. 47), which, for the reasons requested, is **GRANTED**. This case shall remain **ADMINISTRATIVELY CLOSED** and the stay of this matter shall remain in place on the following conditions and without prejudice for any party to move to reopen:

1. The deadline for the parties to participate in mediation is extended from February 12, 2025 to **April 14, 2025**. Notwithstanding the administrative closure: (i) the parties must file a joint notice of mediation details, by no later than **seven (7) days** prior to mediation, which confirms when the mediation with mediator Dennis Clifford will take place and (ii) either the parties or the mediator must file a report of mediation in accordance with Local Rule 16.05(b) or **within two (2) business days** following mediation.

2. Notwithstanding the stay and administrative closing, the parties must, prior to any scheduled mediation, exchange enough information to substantively evaluate and discuss settlement, including as described in the instant motion.

3. Upon settlement or on other grounds, any party may move to reopen this case. If the parties move to reopen the case to proceed based on an unsuccessful mediation, they must also move to reset the initial case management conference.[1]

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] The Court continues to remind the parties of its expectation that they will use this period of administrative closure as productively as possible. *See* Orders, Docket No. 32 at 1, Docket No. 40 at 2, and Docket No. 45 at 2.