IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SVERRE ERIKSEN and JARED MIRABAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>Defendant. | Case No. 3:24-cv-00197-WLC-BDH |

## JOINT STATUS REPORT

Defendant CoreCivic of Tennessee, LLC ("Defendant") and Plaintiffs Sverre Eriksen and Jared Mirabal ("Plaintiffs"), by undersigned counsel, pursuant to the Court's January 14, 2025 Order (ECF No. 48) and the Parties' April 14, 2025 Joint Status Report (ECF No. 52), hereby jointly provide the Court a status report.

1. By way of brief background, after diligent and collaborative work between the Parties, the Parties requested, and the Court granted, numerous extensions of time for the Parties to mediate the claims at issue in not just the operative Complaint, but also additional claims Plaintiffs raised throughout the process of preparing for mediation. (*See generally* ECF No. 47).

2. Specifically, in addition to the claims set forth in the operative Complaint, the Parties also agreed to mediate additional prospective wage and hour claims arising in Defendant's Florida and Kentucky facilities ("Florida claim" and "Kentucky claim", respectively). (*Id*. at ¶¶ 5-6, 9-10).

3. On April 10, 2025, the Parties attended the mediation in good faith with experienced mediator Dennis Clifford.

4. The Parties were unable to fully resolve the claims at issue. However, the Parties were successful in resolving the Florida claim.

5. On April 14, 2024, pursuant to the Court's January 14, 2025, Order (ECF No. 48), the Parties filed a joint status report indicating that they were diligently working to prepare a joint motion to reopen the case and propose a reset of the initial case management conference, along with proposed scheduling for the litigation – in addition to continuing informal discussions regarding the remaining claims. (*See* ECF No. 52).

6. Since then, the Parties have continued informal settlement negotiations and respectfully request additional time to fully exhaust their settlement negotiation efforts before moving to reopen the case and propose a reset of the initial case management conference, along with proposed scheduling for the litigation.

7. The Parties anticipate concluding their settlement negotiations within fourteen (14) days of the filing of the instant status report. In the event settlement negotiations are unsuccessful, the Parties anticipate filing their contemplated joint motion to reopen the case at the conclusion of the requested fourteen (14) day period. In the event settlement negotiations are successful, the Parties will provide the Court with a status update regarding the same and estimate of time needed to formalize the agreement for the Court's approval.

<table>
<tr><td>

*/s/ Camille Fundora Rodriguez*
Camille Fundora Rodriguez*
Michael J. Anderson*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215.875.4635
crodriguez@bm.net
manderson@bm.net

Alexandra K. Piazza*
BERGER MONTAGUE PC
8241 La Mesa Blvd, Suite A
La Mesa, CA 91942
Tel: 215.875.3000
apiazza@bm.net

Mariyam Hussain*
BERGER MONTAGUE PC
110 N. Wacker Drive, Suite 2500
Chicago, IL 60606
Tel: 773.666.4316
mhussain@bm.net

Micah S. Adkins (TN Bar No. 036451)
THE ADKINS LAW FIRM, P.C.
8150 N. Central Expressway, Suite 1000
Dallas, TX 75206
Tel: 214.974.4030
MicahAdkins@ItsYourCreditReport.com

*Pro hac vice*

*Counsel for Plaintiffs and the
Proposed Class and Collective Members*

Date: April 28, 2025

</td><td>

Respectfully submitted,

*/s/ Christian A. Angotti*
Robert W. Pritchard, admitted *pro hac vice*
rpritchard@littler.com
Christian A. Angotti, admitted *pro hac vice*
cangotti@littler.com
Sean P. Dawson, admitted *pro hac vice*
sdawson@littler.com
LITTLER MENDELSON, P.C.
1 PPG Place, Suite 2400
Pittsburgh, Pennsylvania 15222
Telephone: 412.201.7600
Facsimile: 412.456.2377

Kaitlyn A. Hansen (TN Bar No. 37021)
LITTLER MENDELSON, P.C.
One Commerce Square
40 S. Main Street, Suite 2500
Memphis, TN 38103
Tel: 901.322.1204
khansen@littler.com

*Counsel for CoreCivic of Tennessee, LLC*

</td></tr>
</table>