**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **SVERRE ERIKSEN and JARROD** | ) | |
| **MIRABEL,** *individually and on* | ) | **Case No. 3:24-cv-00197** |
| *behalf of all others similarly situated* | ) | **Chief Judge Campbell** |
| | ) | **Magistrate Judge Holmes** |
| **v.** | ) | |
| | ) | |
| **CORECIVIC OF TENNESSEE, LLC** | ) | |

## O R D E R

On May 12, 2025, the parties filed a joint status report and notice of settlement indicating that they reached a settlement and anticipate moving for the Court to approve a settlement agreement by July 11, 2025. (Docket No. 60.) Accordingly, the parties must, **by no later than July 11, 2025**, file either (i) a motion for approval of their settlement agreement, or (ii) a joint report detailing the status of their settlement efforts.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge