| | | |
|---|---|---|
| SVERRE ERIKSEN and JARRROD MIRABEL, individually and on behalf of all others similarly situated | ) ) ) | |
| | ) | Case No. 3:24-cv-00197 |
| v. | ) | Chief Judge Campbell |
| | ) | Magistrate Judge Holmes |
| CORECIVIC OF TENNESSEE, LLC | ) | |

## O R D E R

On August 7, 2025, the parties filed a joint status report of their anticipated settlement (Docket No. 64), which requests an additional 30 days, or until September 11, 2025, to either file a motion for approval of their settlement or another joint status report and which, for the reasons requested, is **GRANTED**.

By no later than **September 11, 2025**, the parties must file either (i) a motion for approval of settlement or (ii) a joint status report detailing the status of their settlement efforts. If the parties file another joint status report that requests additional time, the filing must be a joint status report and motion for an extension of time.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge