**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **SVERRE ERIKSEN and JARRROD** | ) | |
| **MIRABEL, individually and on behalf of all** | ) | |
| **others similarly situated** | ) | |
| | ) | **Case No. 3:24-cv-00197** |
| **v.** | ) | **Chief Judge Campbell** |
| | ) | **Magistrate Judge Holmes** |
| **CORECIVIC OF TENNESSEE, LLC** | ) | |

**O R D E R**

On September 5, 2025, the parties filed a joint status report of their anticipated settlement (Docket No. 66), which requests an additional 30 days, or until October 11, 2025, to either file a motion for approval of their settlement or another joint status report and which, for the reasons requested, is **GRANTED**.

By no later than **October 14, 2025**,[1] the parties must file either (i) a motion for approval of settlement or (ii) a joint status report detailing the status of their settlement efforts. If the parties file another joint status report that requests additional time, the filing must be a joint status report and motion for an extension of time.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] The parties requested an extension until October 11, 2025, but this is a Saturday. Accordingly, the Court granted an extension until the following Tuesday, October 14, 2025, because October 13, 2025 is a federal holiday.