# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

SVERRE ERIKSEN and JARRED  )
MIRABAL, individually and on behalf of all  )  **Case No. 3:24-cv-00197**
others similarly situated  )  **Chief Judge Campbell**
  )  **Magistrate Judge Holmes**
v.  )
  )
CORECIVIC OF TENNESSEE, LLC  )

## O R D E R

On February 21, 2024, Plaintiffs Sverre Eriksen and Jarred Mirabal, on behalf of themselves and as a purported class and collective action, filed a complaint against Defendant CoreCivic of Tennessee, LLC alleging violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA"). (Docket No. 1.) On May 21, 2024, the matter was stayed at the parties' request so they could make efforts to resolve the claims. (Docket No. 32.) The parties indicated progress toward case resolution, so both the stay and the parties' deadline to file a settlement were extended. (Docket Nos. 40, 45, 48, 61, 63, 65, 67, 69.) In the most recent order on October 16, 2025, the Court directed the parties to file either a motion for approval of settlement or a joint status report detailing the status of their settlement efforts by no later than November 10, 2025. (Docket No. 69.)

However, on October 29, 2025, Plaintiffs Eriksen and Mirabal, along with newly named Plaintiffs Alan Frost and Garrett Burgess, filed a "First Amended Collective Action Complaint." (Docket No. 70.) Plaintiffs did not file a motion to amend their complaint, though they indicate in a footnote in the complaint that Defendant consented to the amendment. (*Id.* at 1 n. 1.). In addition, no party moved to reopen the case or to reset the initial case management conference, as the Court instructed in its January 14, 2025 order. (Docket No. 48 at ¶ 3.) The Court presumes that Plaintiffs'

filing of an amended complaint is an indication that the parties have not resolved their claims, though the parties have not yet made any filings to clarify the status of their settlement efforts.

For these reasons, the Court **ORDERS** the parties to make the following filings by no later than **November 10, 2025**: (1) the parties must file a joint status report detailing the status of their settlement efforts; (2) if the parties have not resolved this matter, the parties must file a joint motion to reopen the case and to reset the initial case management conference; and (3) Plaintiffs must file a motion to amend their complaint that is in compliance with Local Rules 7.01 and 15.01.

It is SO ORDERED.

**Signed By:**

**_J. Gregory Wehrman_**

**United States Magistrate Judge**