**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | | |
|---|---|---|
| **SVERRE ERIKSEN and JARRED MIRABAL, individually and on behalf of all others similarly situated** | ) ) ) | **Case No. 3:24-cv-00197** |
| | ) | **Chief Judge Campbell** |
| | ) | **Magistrate Judge Holmes** |
| **v.** | ) | |
| | ) | |
| **CORECIVIC OF TENNESSEE, LLC** | ) | |

**O R D E R**

On November 5, 2025, the parties filed a joint status report and motion (Docket No. 72), in which they request that Plaintiffs' amended collective action complaint be "deemed as filed" and request an additional 21 days, or until December 1, 2025, to either file a motion for approval of their settlement or another joint status report. The Clerk is **DIRECTED** to designate the report (Docket No. 72) as a motion, which is **GRANTED** for the reasons requested.

Accordingly, Plaintiffs' first amended collective action complaint and accompanying exhibits (Docket Nos. 70, 70-1, 70-2) are deemed filed as of October 29, 2025. The first amended collective action complaint is the legally operative complaint. *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000). Defendant must answer or otherwise respond to the first amended class action complaint as directed by Fed. R. Civ. P. 15(a)(3).

Further, by no later than **December 1, 2025**, the parties must file either (i) a motion for approval of settlement or (ii) a joint status report detailing the status of their settlement efforts. If the parties file another joint status report that requests additional time, the filing must be a joint status report and motion for an extension of time.

It is SO ORDERED.

**Signed By:**

*J. Gregory Wehrman*

**United States Magistrate Judge**
