**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **SVERRE ERIKSEN and JARRED** | ) | |
| **MIRABAL, individually and on behalf of all** | ) | **Case No. 3:24-cv-00197** |
| **others similarly situated** | ) | **Chief Judge Campbell** |
| | ) | **Magistrate Judge Holmes** |
| **v.** | ) | |
| | ) | |
| **CORECIVIC OF TENNESSEE, LLC** | ) | |

**O R D E R**

On November 26, 2025, the parties filed a joint status report and motion (Docket No. 75), in which they request additional time to either file a motion for approval of their settlement or another joint status report. The Clerk is **DIRECTED** to designate the report (Docket No. 75) as a motion, which is **GRANTED** for the reasons requested.

By no later than **December 8, 2025**, the parties must file either (i) a motion for approval of settlement or (ii) a joint status report detailing the status of their settlement efforts.  If the parties file another joint status report that requests additional time, the filing must be a joint status report and motion for an extension of time.

It is **SO ORDERED**.

**Signed By:**

**_J. Gregory Wehrman_**

**United States Magistrate Judge**