# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SVERRE ERIKSEN, JARRED MIRABAL, ALAN FROST, and GARRETT BURGESS individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>　　　　　　　　Defendant. | Case No. 3:24-CV-00197<br><br>Chief Judge William L. Campbell<br><br>Magistrate Judge Barbara D. Holmes |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF
## FLSA COLLECTIVE ACTION SETTLEMENT

　　Plaintiffs Sverre Eriksen, Jarred Mirabal, Alan Frost, and Garrett Burgess ("Plaintiffs"), individually and on behalf of all persons similarly situated, through their attorneys, hereby moves this Court for entry of an Order approving the Parties' Settlement Agreement as a fair and reasonable resolution of a *bona fide* dispute over claims under the Fair Labor Standards Act (FLSA). In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law, supporting declaration, exhibits, and a proposed Approval Order. The Parties' Settlement Agreement is attached as Exhibit A.

　　The Agreement resolves all of Plaintiffs' and Settlement Collective Members' wage and hour claims asserted in this collective action lawsuit against Defendant CoreCivic of Tennessee, LLC ("Defendant" or "CoreCivic") in exchange for payment of the gross amount of One Million Thirty-Two Thousand Three Hundred Sixty-Two Dollars and Twenty-Four Cents ($1,032,362.24) (the "Maximum Gross Settlement Amount"). The Settlement satisfies the criteria for approval of a collective action settlement under the FLSA because it is a fair and reasonable resolution of a *bona fide* dispute that was reached after contested litigation through arm's-length negotiations

conducted by an experienced mediator, and it furthers the purposes of the FLSA by facilitating payment of alleged unpaid overtime compensation to the Collective Members whose claims might otherwise be too small to be pursued individually. Defendant does not oppose the relief requested in this Motion.

For all the reasons above, and those submitted herewith, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion and enter the accompanying proposed Approval Order.

Dated: December 3, 2025

Respectfully submitted,

*/s/ Camille Fundora Rodriguez*
Camille Fundora Rodriguez
Michael J. Anderson
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3033
crodriguez@bergermontague.com
manderson@bergermontague.com

Mariyam Hussain
**BERGER MONTAGUE PC**
110 N. Wacker Drive, Suite 2500
Chicago, IL 60606
mhussain@bergermontague.com

Alexandra K. Piazza
**BERGER MONTAGUE PC**
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
apiazza@bergermontague.com

Micah S. Adkins (TN Bar No. 036451)
**THE ADKINS LAW FIRM, P.C.**
8150 N. Central Expressway, Suite 1000
Dallas, TX 75206
Tel.: (214) 974-4030
MicahAdkins@ItsYourCreditReport.com

*Attorneys for Plaintiffs and the Settlement Collective*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served by electronic filing on December 3, 2025, on all counsel of record.

                                                    */s/ Camille Fundora Rodriguez*
                                                    Camille Fundora Rodriguez